UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———————

No. 24-1719

———————

UNITED STATES OF AMERICA

v.

JAMES BOST

———————

(W.D. Pa. No. 2:21-ccr-00030-001)

———————

Before: CHAGARES, *Chief Judge*, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, BOVE, MASCOTT, and FISHER, *Circuit Judges*

**ORDER SUA SPONTE REHEARING EN BANC**

The Court sua sponte orders rehearing en banc in the above captioned case.[1] The appeal presents the following issue:

> Whether, when evaluating Second Amendment as-applied challenges to criminal conviction(s) that serve as a basis for a charge under 18 U.S.C. § 922(g)(1), courts may consider evidence beyond defendants' predicate convictions, including, for example, other criminal convictions or conduct post-dating the predicate conviction?

In light of the Supreme Court's decision in *United States v. Rahimi*, 602 U.S. 680 (2024) and our Court's decision in *Range v. Attorney General*, 124 F.4th 218 (3d Cir. 2024) (en banc), the parties are hereby ORDERED to submit supplemental briefs addressing whether, when evaluating Second Amendment as-applied challenges to criminal conviction(s) that serve as a basis for a charge under 18 U.S.C. § 922(g)(1),

---

[1] Judge Fisher has opted to participate as a member of the en banc court pursuant to 3d. Cir. I.O.P. 9.6.4.

courts may consider evidence beyond defendants' predicate convictions, including, for example, other criminal convictions or conduct post-dating the predicate conviction. The parties shall submit their briefs, which shall not exceed 3750 words, on or before November 21, 2025 at 5:00 p.m. In addition to the electronic supplemental brief, 15 paper copies will be required.

The Clerk will list the case at the direction of the Court once supplemental briefing has been completed.

On this date, the Court has also ordered sua sponte rehearing en banc in *Williams v. Attorney General*, C.A. No. 24-1091 which raises a legal issue similar to the issue presented in this appeal.

By the Court,

s/ Michael A. Chagares
Chief Judge

Date: October 31, 2025
CJG/cc:     Donovan J. Cocas, Esq.
            Laura S. Irwin, Esq.
            Patrick K. Nightingale, Esq.