IN THE UNITED STATES DISTRICT COURT OF APPEAL FOR THE THIRD CIRCUIT

UNITED STATES OF AMERICA,                             CRIMINAL No:  24-1719

vs.

JAMES BOST,                                                          Electronically Filed

          Appellant.

**MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

AND NOW, comes the Appellant, James Bost, by and through his attorney, PATRICK K. NIGHTINGALE, ESQUIRE, who brings the Motion and in support thereof sets forth the following:

1. Pursuant to Order of Court, Appellant, James Bost (hereafter Appellant) must file a Supplemental Brief no later than November 21, 2025, at 5:00 pm.

2. Within counsel is a self-employed solo practitioner.

3. Within counsel has appellate briefs due in the matter of *Commonwealth v. Brock*, a cold-case homicide, and *Commonwealth v. Hollins,* attempted homicide on a police officer.

4. Within counsel, as will all Panel attorneys, has not been compensated for work performed on appointed cases since CJA funding was suspended on July 7, 2025.  While payments were to resume on October 7, 2025, the Government shut down and has yet to re-open.

5. This matter presents an important question as evidenced by the *en banc* order itself in a rapidly developing area of the law, and it requires time to research including out of circuit /

out of district authority; time for consultation, including w/ potential amicus, etc, and time for drafting.

6. No oral argument date has been set so the instant request will not affect scheduling oral argument in this matter.

7. After consulting with counsel for the Government, Donovan Cocos, Esq., Mr. Cocos advises that he does not object to an extension of time to December 18, 2025.

WHEREFORE, Defendant James Bost respectfully requests this Honorable Court grant the within Motion for Extension of Time.

Respectfully Submitted,

/s/ *Patrick K. Nightingale*

Patrick K. Nightingale, Esquire
Attorney I.D. # 76015
Attorney for Appellant

IN THE UNITED STATES DISTRICT COURT OF APPEAL FOR THE THIRD CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL No: 24-1719 |
| vs. | |
| JAMES BOST, | Electronically Filed |
| Appellant. | |

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____, 2025, upon consideration of Appellant's Motion for Extension of Time, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. Appellant's brief and Appellee's brief shall be due no later than December 18, 2025.

BY THE COURT:

_____, J.