IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Appellee | ) | |
| | ) | |
| v. | ) | No. 24-1719 |
| | ) | |
| JAMES BOST, | ) | |
| Appellant | ) | |

## MOTION TO APPOINT THE FEDERAL PUBLIC DEFENDER FOR THE WESTERN DISTRICT OF PENNSYLVANIA AS CO-COUNSEL FOR APPELLANT

Appellant James Bost respectfully requests that the Federal Public Defender for the Western District of Pennsylvania be appointed as co-counsel for Mr. Bost for purposes of this appeal, and in support represents the following:

1. This appeal raises a facial and as-applied challenge to 18 U.S.C. § 922(g)(1). Oral argument was held before a Panel of this Court on April 9, 2025. *See* C.A. No. 24-1719 (Hardiman, Porter, Fisher, JJ.).

2. The Court *sua sponte* ordered rehearing *en banc* to address the following question:

> Whether, when evaluating Second Amendment as-applied challenges to criminal conviction(s) that serve as a basis for a charge under 18 U.S.C. § 922(g)(1), courts may consider evidence beyond defendants' predicate convictions, including,

for example, other criminal convictions or conduct postdating the predicate conviction?

*United States v. Bost*, C.A. No. 24-1719 (Oct. 31, 2025). *See also Williams v. Att'y Gen.*, C.A. No. 24-1091 (Oct. 31, 2025) (ordering *sua sponte* rehearing *en banc* to address what evidence a court may consider when evaluating whether that same statute is constitutional as applied to an individual seeking declaratory relief).

3. The Office of the Federal Public Defender for the Western District of Pennsylvania ("FPD") has been deeply involved in litigating Second Amendment issues in the wake of *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022), and consequently has developed a particular expertise in this area. *See, e.g.*, Brief of Amici Curiae Federal Public and Community Defender Offices of the Third Circuit in Support of Appellant, *Range v. Att'y Gen.*, C.A. No. 21-2835 (Jan. 13, 2023); Supplemental Brief for Amici Curiae Federal Public and Community Defender Offices of the Third Circuit in Support of Appellant, *Range v. Att'y Gen.*, C.A. No. 21-2835 (Aug. 9, 2024); *United States v. Moore*, 111 F.4th 266 (3d Cir. 2024), argued Apr. 16, 2024, *petition for certiorari denied*, June 30, 2025; *United States v. Harris*, 144 F.4th 154 (3d Cir. 2025), argued Dec. 9, 2024, *petition for certiorari*

filed Sept. 26, 2025; *United States v. Clerfe*, 3d Cir. No. 24-2116 (argued Sept. 10, 2025).

4. Consistent with its responsibilities under the Western District of Pennsylvania's Criminal Justice Act Plan, the FPD provides training and regularly consults with CJA Panel attorneys in such cases. The FPD has consulted with appointed CJA counsel in Mr. Bost's case during proceedings in the district court and in the course of the instant appeal.

5. In light of the FPD's expertise in this area generally and familiarity with and involvement in this case, CJA Panel counsel and the FPD jointly request that the FPD be appointed as co-counsel in this appeal.

WHEREFORE, for the foregoing reasons, the Federal Public Defender for the Western District of Pennsylvania respectfully requests that the Court appoint the FPD as co-counsel for Mr. Bost for purposes of this appeal.

    Respectfully submitted,

    */s/ Elisa A. Long*
    ELISA A. LONG
    Federal Public Defender for the
    Western District of Pennsylvania

# CERTIFICATE OF SERVICE

  I, Elisa A. Long Federal Public Defender Western District of Pennsylvania, hereby certify that I have electronically filed and served a copy of the Motion to Appoint the Federal Public Defender for the Western District of Pennsylvania as Co-Counsel for Appellant, upon the Filing Users set forth in the Third Circuit Court of Appeals' Electronic Case Filing (NextGen CM/ECF) system.

               Respectfully submitted,

               */s/ Elisa A. Long*
               ELISA A. LONG
               Federal Public Defender

               Federal Public Defender Western
               District of Pennsylvania
               1001 Liberty Avenue, Suite 1500
               Pittsburgh, PA  15222
               (412) 644-6565

November 14, 2025