UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1719


UNITED STATES OF AMERICA

v.

JAMES BOST,

Appellant


(W.D. Pa. No. 2:21-cr-00030-01)


PRESENT:    CHAGARES, *Chief Judge*, HARDIMAN, SHWARTZ, KRAUSE,
RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMEN,
MONTGOMERY-REEVES, BOVE, MASCOTT, AND FISHER, *Circuit Judges*


Motion by Appellant James Bost for Extension of Time until December 18, 2025
to File Supplemental Brief


ORDER
_____

The forgoing Motion is granted.  The parties' simultaneous supplemental briefs
will be filed on or before December 18, 2025 at 5:00 p.m. ET.


By the Court,

s/ Michael A. Chagares

Chief Judge


Date: November 15, 2025

PSD/cc: All Counsel of Record