UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1719

UNITED STATES OF AMERICA

v.

JAMES BOST

(W.D. Pa. No. 2:21-cr-00030-001)

ORDER

At the direction of the en banc court, the National Association of Criminal Defense Lawyers (NACDL) is appointed as amicus curiae on behalf of the Court. The appeal presents the following issue:

> Whether, when evaluating Second Amendment as-applied challenges to criminal conviction(s) that serve as a basis for a charge under 18 U.S.C. § 922(g)(1), courts may consider evidence beyond defendants' predicate convictions, including, for example, other criminal convictions or conduct post-dating the predicate conviction?

The parties have been directed to file supplemental briefs by December 18, 2025 by 5:00 pm ET addressing whether, when evaluating Second Amendment as-applied challenges to criminal conviction(s) that serve as a basis for a charge under 18 U.S.C. § 922(g)(1), courts may consider evidence beyond defendants' predicate convictions, including, for example, other criminal convictions or conduct post-dating the predicate conviction in light of the Supreme Court's decision in *United States v. Rahimi*, 602 U.S. 680 (2024) and our Court's decision in *Range v. Attorney General*, 124 F.4th 218 (3d Cir. 2024) (en banc).

The NACDL's brief will also be due by December 18, 2025 at 5:00 pm ET. The brief shall not exceed 1875 words. Fifteen paper copies of the amicus brief will be required.

The Court also granted en banc review in in *Williams v. Attorney General*, C.A. No. 24-1091 which raises a legal issue similar to the issue presented in *Bost*. The NACDL is welcome to address the issue raised in *Williams* as amicus curiae, if they so desire. A separate brief in *Williams* would be also be due to be filed by December 18, 2025 at 5:00 pm ET and would be limited to no more than 1875 words.

For the Court,

*Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT,
Clerk

Date: November 18, 2025

PSD/cc: All counsel of record